UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __16-5563__

Case Name: __Tracey George, et al.,__ vs. __Tre Hargett, et al.__

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

| The "Yes On 1" Campaign |

- ☐ Appellant
- ☐ Petitioner
- ☑ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**
_____

Name: __Daniel Alexander Horwitz__        Admitted: __October 24, 2014__
(Sixth Circuit admission date only)

Signature: __/s/ Daniel A. Horwitz__

Firm Name: __Law Office of Daniel A. Horwitz__

Business Address: __1803 Broadway__

Suite: __531__     City/State/Zip: __Nashville, TN 37203__

Telephone Number (Area Code): __(615) 739-2888__

Email Address: __daniel.a.horwitz@gmail.com__

---

CERTIFICATE OF SERVICE

I certify that on __October 14, 2016__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Daniel A. Horwitz__

---