**Case No. 16-5563**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

---

TRACEY E. GEORGE; ELLEN WRIGHT CLAYTON; DEBORAH WEBSTER-CLAIR; KENNETH T. WHALUM, JR.; MERYL RICE; JAN LIFF; TERESA M. HALLORAN; MARY HOWARD HAYES,

*Plaintiffs – Appellees*,

v.

TRE HARGETT, as Secretary of State; MARK GOINS, as Coordinator of Elections; HERBERT SLATERY, III, as Attorney General & Reporter of the State of Tennessee; STATE ELECTION COMMISSION OF TENNESSEE; JUDY BLACKBURN, as a member of the State Election Commission; DONNA BARRETT, as a member of the State Election Commission; GREGORY DUCKETT, as a member of the State Election Commission; TOMMY HEAD, as a member of the State Election Commission; JIMMY WALLACE, as a member of the State Election Commission; TOM WHEELER, as a member of the State Election Commission; KENT YOUNCE, as a member of the State Election Commission; WILLIAM EDWARD "BILL" HASLAM, as Governor of the State of Tennessee,

*Defendants – Appellants.*

---

**MOTION OF THE "YES ON 1" CAMPAIGN FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF THE APPELLANTS**

---

**INTRODUCTION**

Comes now the Yes On 1 Campaign, by and through undersigned counsel, and pursuant to Fed. R. App. P. 29, respectfully seeks this Court's leave to file a brief as *Amicus Curiae* in the above-captioned case. Counsel for *Amicus Curiae* requested both parties' consent to participate in this case in a written correspondence dated September 12, 2016. *See* **Exhibit A**. To

date, neither party or party's counsel has either objected to or responded to counsel's request to participate. Pursuant to the requirements of Fed. R. App. P. 29(b), and by request of the Sixth Circuit Clerk, an electronic copy of the Yes On 1 Campaign's proposed *Amicus Curiae* brief is filed herewith as a separate docket entry.

## I. INTERESTS OF THE YES ON 1 CAMPAIGN

The Yes On 1 Campaign is the single measure political campaign committee that was principally responsible for supporting the ratification of proposed Amendment 1 to the Tennessee Constitution in the November 2014 statewide election. It boasts an informal membership of tens of thousands of supporters who collectively contributed to, voted for, and advocated in favor of Amendment 1's ratification. Many members of the Yes On 1 Campaign were also directly involved in the efforts that unfolded over the preceding decade to place Amendment 1 on the statewide ballot for approval by the qualified voters of Tennessee. As further evidence of its membership's profound interests in the outcome of this case, the attached *Amicus Curiae* brief filed on behalf of the Yes On 1 Campaign has been signed by eight thousand eight hundred and fifty (8,850) individual Yes On 1 Campaign members representing all ninety-five (95) counties in the State of Tennessee.

Significantly, in addition to supporting the ratification of Amendment 1, many Yes On 1 Campaign members did not support any candidate for governor in Tennessee's 2014 gubernatorial race. Thus, as a consequence of the District Court's order in this case, all Yes On 1 Campaign members who exercised their constitutional right not to vote in that contest have now been formally disenfranchised. Accordingly, the Yes On 1 Campaign has a direct interest not only in supporting Amendment 1's ratification, but also in ensuring that the constitutional right to vote guaranteed to each of its members is fully protected.

## II. DESIRABILITY AND RELEVANCE OF MATTERS ASSERTED

The Yes On 1 Campaign's participation as *Amicus Curiae* is desirable due to the unique interests of—and the special harm suffered by—its many members. Myriad Yes On 1 Campaign members have been disenfranchised by the District Court's order in this case solely due to the fact that they did not support any of the candidates who ran for governor during the November 2014 statewide election. *See* Affidavits of Yes On 1 Campaign Members, RE 125-2, Page ID ## 3094-3109.[1] Thus, these voters do not merely seek to

---

[1] These affidavits – which were subsequently filed by the Appellants in the District Court – were initially filed by the Yes On 1 Campaign in the companion Williamson County Chancery Court action. *See* Williamson County Chancery Court No. 44460, Yes On 1 Campaign's Motion to Intervene, Exhibits A-G (Tenn. Ch., Apr. 29, 2016). Following the Yes On 1 Campaign's filing in that action, the Chancery Court modified its initial

vindicate the right to vote as an abstract concept. Instead, they seek to have their own votes counted after their lawful votes on proposed constitutional Amendment 1 were specifically disqualified. Accordingly, *Amicus Curiae* submits that its brief can provide this Court with essential contextual information concerning the particularized harm suffered by actual voters as a consequence of being denied their lawful right to vote on a ballot measure implicating their deeply held moral views regarding abortion.

Further, the arguments presented in the Yes On 1 Campaign's attached *Amicus Curiae* brief differ in several material respects from those advanced by the Appellants in this case. For example, the Yes On 1 Campaign forcefully argues that the Appellants' proposed interpretation of Article XI, Section 3 of the Tennessee Constitution is compelled by the canon of constitutional avoidance. *See id.* at 5-24. The Yes On 1 Campaign further argues that in the event that the Appellees' proposed interpretation of Article XI, Section 3 of the Tennessee Constitution is affirmed, the remedy selected by the District Court was improper because the supposedly offending constitutional

---

holding to remedy the Yes On 1 Campaign's asserted injury. Specifically, to address the District Court's contention that its ruling had been prospective only, the Williamson County Chancery Court issued a new order establishing that its "interpretation of article XI, section 3, of the Tennessee Constitution applies to past elections as well, including the November 2014 election on Amendment 1," and thus, "that Amendment 1 was approved and ratified as required by article XI, section 3, of the Tennessee Constitution. . . ." *See* Williamson County Chancery Court No. 44460, Order (Tenn. Ch., May, 3, 2016).

provision is severable. *See id.* at 27-32. All of these matters are relevant to – and, in fact, outcome-determinative of – the disposition of this case.

## CONCLUSION

For the foregoing reasons, the Yes On 1 Campaign satisfies the applicable criteria for participation as *Amicus Curiae* set forth in Fed. R. App. P. 29(b). Accordingly, the Yes On 1 Campaign respectfully requests that this motion for leave to file its accompanying *Amicus Curiae* brief be granted.

Respectfully submitted,

By: /s/ Daniel A. Horwitz
**DANIEL A. HORWITZ, ESQ.
LAW OFFICE OF DANIEL A. HORWITZ
1803 BROADWAY, SUITE #531
NASHVILLE, TN 37203
(615) 739-2888
daniel.a.horwitz@gmail.com**

*Counsel for Amicus Curiae*

# **CERTIFICATE OF SERVICE**

I, Daniel A. Horwitz, counsel for *Amicus Curiae* and a member of the Bar of this Court, hereby certify that on this 14th day of October, 2016, a true and exact copy of the foregoing was filed with the United States Court of Appeals for the Sixth Circuit using the CM/ECF system and served on all parties. I certify that the following parties or their counsel of record are registered as ECF filers and will be served through the CM/ECF system:

| | |
|---|---|
| William L. Harbison | Herbert H. Slatery, III |
| C. Dewey Branstetter, Jr. | Andrée S. Blumstein |
| Hunter C. Branstetter | Sarah K. Campbell |
| Phillip F. Cramer | Janet M. Kleinfelter |
| Sherrard & Roe | Office of the Attorney |
| 150 Third Avenue South | General and Reporter |
| Suite 1100 | Public Interest Division |
| Nashville, TN 37201 | P.O Box 20207 |
| (615) 742-4528 | Nashville, TN 37202 |
| bharbison@srvhlaw.com | (615) 741-7403 |
| dbranstetter@srvhlaw.com | Herbert.slatery@ag.tn.gov |
| hbranstetter@srvhlaw.com | andree.blumstein@ag.tn.gov |
| pcramer@srvhlaw.com | sarah.campbell@ag.tn.gov |
| | janet.kleinfelter@ag.tn.gov |
| *Counsel for Appellees* | |
| | *Counsel for Appellants* |

/s/ Daniel A. Horwitz
**DANIEL A. HORWITZ, ESQ.**
**LAW OFFICE OF DANIEL A. HORWITZ**
**1803 BROADWAY, SUITE #531**
**NASHVILLE, TN 37203**
**(615) 739-2888**
**daniel.a.horwitz@gmail.com**

*Counsel for Amicus Curiae*                                    Dated: October 14, 2016